UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBIN HILDER and MICHAEL EDELSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>TAKUMA; FOUR SEASONS HOTELS LIMITED dba FOUR SEASONS HOTELS AND RESORTS; BORA BORA XTREM SPORTS; GAW CAPITAL PARTNERS; SOCIÉTÉ D'INVESTISSEMENT DE POLYNÉSIE and DOES 1 through 25,<br><br>Defendants. | Case No. 2:25-cv-05759-DSF-E<br>Judge:    Hon. Dale S. Fischer<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |

- 1 -

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs

Dated: May 6, 2026            By: _____

Judge Dale S. Fischer

United States District Judge